**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 219 MAL 2020
                   :
         Respondent       :
                   :    Petition for Allowance of Appeal
                   :    from the Order of the Superior Court
         v.                :
                   :
FLINT STATON,               :
                   :
         Petitioner        :

## ORDER

**PER CURIAM**

       **AND NOW**, this 3rd day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.